Matthew Mellen (SBN: 233350)
Michael Mercado (SBN: 279256)
Jessica Hollenbach (SBN: 281179)
MELLEN LAW FIRM
411 Borel Ave, Suite 230
San Mateo, California 94402
Telephone:    (650) 638-0120
Facsimile:    (650) 638-0125

Attorneys for Plaintiff
BERNIE FRANCZAK


T. Robert Finlay (SBN: 167280)
Todd E. Chvat (SBN: 238282)
WRIGHT, FINLAY & ZAK, LLP
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Telephone: (949) 477-5050
Facsimile: (949) 477-9200

Attorneys for Defendant
SUNTRUST MORTGAGE INC.

IT IS SO ORDERED AS MODIFIED

Judge Edward J. Davila

9/14/2012

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNIE FRANCZAK, an individual<br><br>        Plaintiff,<br>    v.<br><br>SUNTRUST MORTGAGE INC., a Virginia business entity; and Does 1-50, inclusive,<br><br>        Defendants. | Case No.:  12-CV-01453-EJD<br><br>Hon. Edward J. Davila<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING LOAN MODIFICATION REVIEW; [PROPOSED] ORDER**<br><br>Date Action Filed:    February 17, 2012<br>Trial Date:           None Set |

1

## STIPULATION

Plaintiff Bernie Franczak ("Plaintiff") and Defendant Suntrust Mortgage, Inc. ("Defendant"), by and through their respective counsel, STIPULATE AND AGREE as follows:

WHEREAS, Plaintiff filed a Complaint on February 17, 2012.

WHEREAS, Plaintiff has been approved for a three (3) month trial period plan under HAMP in consideration of a permanent HAMP modification, and the parties have stipulated to stay all proceedings for one hundred and twenty (120) days to allow for the trial plan and loan modification review to be completed.

WHEREAS, the parties continue to work diligently in hopes that this dispute can be resolved, and do not wish to incur any expenses or expend judicial resources unnecessarily.

WHEREAS, Defendant has agreed to postpone all foreclosure proceedings of the Subject Property during the course of the loan modification review process.

WHEREAS, the agreed upon extension will not result in prejudice to either party or to the Court.

WHEREAS, the parties have conducted their ADR phone conference and have notified the ADR program staff attorney, Ms. Robin W. Siefkin, Esq., of the trial period plan;

WHEREAS, Ms. Siefkin has agreed that the herein requested stay of proceedings would be in the best interests of both the parties and the Court.

//
//
//
//
//
//
//
//
//

Based on the above and for good cause the parties hereby stipulate as follows:

1. All proceedings will be stayed one hundred and twenty (120) days, up to and including January 9, 2013.

2. Pending the completion of the trial period plan and loan modification review, Defendant agrees to postpone all foreclosure proceedings.

3. The hearing on Defendant's Motion to Dismiss currently set for September 21, 2012 at 9:00 a.m. shall be taken off calendar. In the event that the parties cannot resolve the matter through modification, Defendant shall notify the Court by declaration and request that the Motion to Dismiss be reset for hearing on the Court's first available date.

Respectfully submitted.

Dated: September ___, 2012          MELLEN LAW FIRM


By: _____
Michael Mercado, Esq.
Attorneys for Plaintiff
BERNIE FRANCZAK


Dated: September 12, 2012          WRIGHT, FINLAY & ZAK, LLP


By: _____
Todd Chvat, Esq.
Attorney for Defendant
SUNTRUST MORTGAGE, INC.

3

Based on the above and for good cause the parties hereby stipulate as follows:

1. All proceedings will be stayed one hundred and twenty (120) days, up to and including January 9, 2013.

2. Pending the completion of the trial period plan and loan modification review, Defendant agrees to postpone all foreclosure proceedings.

3. The hearing on Defendant's Motion to Dismiss currently set for September 21, 2012 at 9:00 a.m. shall be taken off calendar. In the event that the parties cannot resolve the matter through modification, Defendant shall notify the Court by declaration and request that the Motion to Dismiss be reset for hearing on the Court's first available date.

Respectfully submitted.

Dated: September 11, 2012                MELLEN LAW FIRM

                                         By: /s/ Michael Mercado
                                             Michael Mercado, Esq.
                                             Attorneys for Plaintiff
                                             BERNIE FRANCZAK

Dated: September ___, 2012               WRIGHT, FINLAY & ZAK, LLP

                                         By: _____
                                             Todd Chvat, Esq.
                                             Attorney for Defendant
                                             SUNTRUST MORTGAGE, INC.

3

STIPULATION AND [PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Pursuant to the above Stipulation and good cause appearing, IT IS SO ORDERED that:

1) All proceedings shall be stayed one hundred and twenty (120) days, up to and including January 9, 2013; and

2) The hearing on Defendant's Motion to Dismiss currently set for September 21, 2012 at 9:00 a.m. is taken off calendar. In the event that the parties cannot resolve the matter through modification, Defendant shall notify the Court by way of declaration and request that the Motion to Dismiss be reset for hearing subject to the Court's availability.

3) Docket Item No. 13 is TERMINATED without prejudice to being re-filed.

Dated:   September 14, 2012

_____
Honorable Edward J. Davila

4

## **PROOF OF SERVICE**

I, Margaret Augustyniak, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On September 12, 2012, I served the within **STIPULATION TO STAY PROCEEDINGS PENDING LOAN MODIFICATION REVIEW; [PROPOSED] ORDER** on all interested parties in this action as follows:

[X] by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Matthew Mellen, Esq
Jessica Hollenbach, Esq
Mellen Law Firm
411 Borel Avenue, Ste 230
San Mateo, Ca 94420
(650) 638-0120
**Attorneys for Plaintiff**

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand delivered to the office of the addressee.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

1  [ ]   (BY OVERNITE EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 12, 2012, at Newport Beach, California.

_____
Margaret Augustyniak

PROOF OF SERVICE