United States District Court
For the Northern District of California

1
2
3
4
5
6
7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9        SAN JOSE DIVISION

10   BERNIE FRANCZAK,                          CASE NO. 5:12-cv-01453 EJD

11                                             **ORDER RE: RESETTING MOTION TO**
                    Plaintiff(s),              **DISMISS**
12        v.

13   SUNTRUST MORTGAGE INC.,
                                               [Docket Item No(s). 28]
14
                    Defendant(s).
15   _____/

16        Presently before the court is Defendant's request to reset its previously-filed Motion to

17   Dismiss because the parties have reached an impasse on efforts to resolve this case.  See Docket

18   Item No. 28.

19        As part of the order granting the parties' stipulation to stay, the court ordered the Motion to

20   Dismiss terminated without prejudice to being re-filed if necessary.  See Docket Item No. 27.

21   Accordingly, Defendant shall re-file and re-notice the Motion to Dismiss according to Civil Local

22   Rule 7 after obtaining a hearing date for the motion from the undersigned's Courtroom Deputy.

23

24   **IT IS SO ORDERED.**

25   Dated:  November 28, 2012

26                                             EDWARD J. DAVILA
                                               United States District Judge
27

28

1

CASE NO. 5:12-cv-01453 EJD
ORDER RE: RESETTING MOTION TO DISMISS