1  Matthew Mellen (SBN: 233350)
   Jessica Galletta (SBN: 281179)
2  MELLEN LAW FIRM
   411 Borel Ave, Suite 230
3  San Mateo, California 94402
   Telephone:    (650) 638-0120
4  Facsimile:    (650) 638-0125

5  Attorneys for Plaintiff
   BERNIE FRANCZAK
6

7  T. Robert Finlay (SBN: 167280)
   Todd E. Chvat (SBN: 238282)
8  WRIGHT, FINLAY & ZAK, LLP
   4665 MacArthur Court, Suite 280
9  Newport Beach, CA 92660
   Telephone: (949) 477-5050
10 Facsimile: (949) 477-9200

11 Attorneys for Defendant
   SUNTRUST MORTGAGE INC.
12

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila
12/6/2012

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16 BERNIE FRANCZAK, an individual            Case No.: 12-CV-01453-EJD

17         Plaintiff,                        Hon. Edward J. Davila
18     v.
                                             **STIPULATION TO EXTEND
19 SUNTRUST MORTGAGE INC., a Virginia        DISCOVERY DEADLINES AND
   business entity; and Does 1-50, inclusive, PRETRIAL HEARING DATES ;
20                                           [XXXXXXXX] ORDER AS MODIFIED
           Defendants.                       [PROPOSED]
21
                                             Date Action Filed:  February 17, 2012
22                                           Trial Date:         None Set

1

**STIPULATION**

Plaintiff Bernie Franczak ("Plaintiff") and Defendant Suntrust Mortgage, Inc. ("Defendant"), by and through their respective counsel, STIPULATE AND AGREE as follows:

WHEREAS, Plaintiff filed a Complaint on February 17, 2012;

WHEREAS on July 2, 2012, the Court issued a Case Management Order, setting a discovery and pretrial schedule in this case;

WHEREAS, the following schedule currently applies to this case:

| EVENT | DEADLINE |
| --- | --- |
| Fact Discovery Cutoff | January 21, 2013 |
| Designation of Opening Experts with Reports | February 4, 2013 |
| Designation of Rebuttal Experts with Reports | February 18, 2013 |
| Expert Discovery Cutoff | March 11, 2013 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | April 18, 2013 |
| Preliminary Trial Conference | 11:00 a.m. on December 13, 2013 |
| Joint Preliminary Pretrial Conference Statement | December 3, 2013 |

WHEREAS, on September 12, 2012, the parties stipulated and agreed to a stay of litigation and all foreclosure proceedings of the Subject Property while they investigated the possibility of a loan modification;

WHEREAS, on September 14, 2012 the Court, having accepted the Parties' stipulation, ordered all proceedings stayed for one hundred and twenty (120) days, up to and including January 9, 2013.  Pursuant to that Order, the Court vacated the scheduled Motion to Dismiss Hearing;

WHEREAS, on November 27, 2012, Defendant Suntrust requested the Court reset its previously vacated Motion to Dismiss.

WHEREAS On November 28, 2012, the Court granted Defendant's request to reset the hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint;

WHEREAS, Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is currently scheduled for March 8, 2013 at 9:00 a.m.,

Based on the foregoing and for good cause shown, the parties stipulate to the following discovery and pretrial schedule and request the Court extend the previously set discovery and pretrial deadlines as follows:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | July 30, 2013 |
| Designation of Opening Experts with Reports | August 13, 2013 |
| Designation of Rebuttal Experts with Reports | August 27, 2013 |
| Expert Discovery Cutoff | September 10, 2013 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | October 15, 2013 |
| Preliminary Trial Conference | April 14, 2014 |
| Joint Preliminary Pretrial Conference Statement | April 4, 2014 |

Respectfully submitted,

Dated: December 5, 2012                    MELLEN LAW FIRM

By: /s/ Jessica Galletta
Jessica Galletta, Esq.
Attorneys for Plaintiff
BERNIE FRANCZAK

Dated: December 5, 2012                    WRIGHT, FINLAY & ZAK, LLP

By: /s/ Todd Chvat
Todd Chvat, Esq.
Attorney for Defendant
SUNTRUST MORTGAGE, INC.

1  [~~PROPOSED~~] ORDER

2  Pursuant to the above Stipulation and good cause appearing, IT IS SO ORDERED that the
3  following pretrial schedule is set for this case as:

4
| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | July 30, 2013 |
| Designation of Opening Experts with Reports | August 13, 2013 |
| Designation of Rebuttal Experts with Reports | August 27, 2013 |
| Expert Discovery Cutoff | September 10, 2013 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | October 15, 2013 |
| Preliminary Trial Conference | 11:00 a.m. December 13, 2013 |
| Joint Preliminary Pretrial Conference Statement | December 3, 2013 |

16  Dated: 12/6/2012

17  Honorable Edward J. Davila
    United States District Judge

4