1   Matthew Mellen (SBN: 233350)
    Jessica Galletta (SBN: 281179)
2   MELLEN LAW FIRM
    411 Borel Ave, Suite 230
3   San Mateo, California 94402
    Telephone:     (650) 638-0120
4   Facsimile:     (650) 638-0125

5   Attorneys for Plaintiff
    BERNIE FRANCZAK
6

7   T. Robert Finlay (SBN: 167280)
    Todd E. Chvat (SBN: 238282)
8   WRIGHT, FINLAY & ZAK, LLP
    4665 MacArthur Court, Suite 280
9   Newport Beach, CA 92660
    Telephone: (949) 477-5050
10  Facsimile: (949) 477-9200

11  Attorneys for Defendant
    SUNTRUST MORTGAGE INC.
12

13                  **UNITED STATES DISTRICT COURT**

14                 **NORTHERN DISTRICT OF CALIFORNIA**

15

16  BERNIE FRANCZAK, an individual       | Case No.:  12-CV-01453-EJD

17              Plaintiff,                | Hon. Edward J. Davila
18        v.
                                          | **STIPULATION TO STAY RESPONSE
19  SUNTRUST MORTGAGE INC., a Virginia    | DEADLINE TO PLAINTIFF'S
    business entity; and Does 1-50, inclusive, | SECOND AMENDED COMPLAINT
                                          | PENDING RESOLUTION OF
20            Defendants.                 | PLAINTIFF'S MOTION FOR LEAVE
                                          | TO AMEND**
21
                                          | Date Action Filed:   February 17, 2012
22
                                          | Trial Date:          None Set
23

24

25  / / /

26  / / /

27
                                1
28  ──────────────────────────────────────────────────────
    STIPULATION TO STAY RESPONSE DEADLINE TO PLAINTIFF'S SECOND AMENDED
    COMPLAINT PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND

IT IS SO ORDERED

Judge Edward J. Davila

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4/2/2013

1

2

## STIPULATION

Plaintiff Bernie Franczak ("Plaintiff") and Defendant Suntrust Mortgage, Inc.

("Defendant"), by and through their respective counsel, STIPULATE AND AGREE as follows:

WHEREAS, on March 6, 2013, the Court granted Defendant's motion to dismiss the First

Amended Complaint with leave to amend;

WHEREAS, pursuant to said Order, Plaintiff's Second Amended Complaint was to be

filed no later than March 22, 2013;

WHEREAS, pursuant to said Order, if Plaintiff desired to add additional claims, he must

seek leave of court to do so;

WHEREAS, on March 22, 2013, Plaintiff's Second Amended Complaint was filed;

WHEREAS, on March 25, 2013, Plaintiff filed a motion for leave to file a Third Amended

Complaint which is set for hearing on May 3, 2013, seeking to add causes of action for

promissory estoppel and negligent misrepresentation;

WHEREAS, in light of the pending motion and in an effort to conserve fees, the Parties

agree that Defendant's response to the operative Second Amended Complaint shall be stayed

pending the outcome of Plaintiff's motion for leave to file a Third Amended Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

**STIPULATION TO STAY RESPONSE DEADLINE TO PLAINTIFF'S SECOND AMENDED
COMPLAINT PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

Based on the above and for good cause the parties hereby stipulate as follows:

1.      Defendant's response to the operative Second Amended Complaint shall be stayed pending the outcome of Plaintiff's motion for leave to file a Third Amended Complaint;

2.      Should Plaintiff's motion be denied by the Court, Defendant shall respond to the operative Second Amended Complaint within fourteen (14) days of the date of said denial; or

3.      Should Plaintiff's motion be granted by the Court, Defendant shall respond to the then operative Third Amended Complaint within fourteen (14) days of the date of said order.


Respectfully submitted.


Dated: April 1, 2013                    MELLEN LAW FIRM



                                        By:    _/s/ Jessica Galletta___
                                               Jessica Galletta, Esq.
                                               Attorneys for Plaintiff
                                               BERNIE FRANCZAK



Dated: April 1, 2013                    WRIGHT, FINLAY & ZAK, LLP



                                        By:    _/s/ Todd E. Chvat___
                                               Todd Chvat, Esq.
                                               Attorney for Defendant
                                               SUNTRUST MORTGAGE, INC.

**STIPULATION TO STAY RESPONSE DEADLINE TO PLAINTIFF'S SECOND AMENDED COMPLAINT PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND**

## PROOF OF SERVICE

I, Margaret Augustyniak, declare as follows:

I am employed in the County of Orange, State of California.  I am over the age of eighteen (18) and not a party to the within action.  My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.  I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On April 1, 2013, I served the within **STIPULATION TO STAY RESPONSE DEADLINE TO PLAINTIFF'S SECOND AMENDED COMPLAINT PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND** on all interested parties in this action as follows:

[X]     by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Matthew Mellen, Esq
Jessica Galletta, Esq
Mellen Law Firm
411 Borel Avenue, Ste 230
San Mateo, Ca 94420
(650) 638-0120
**Attorneys for Plaintiff**

[X]     (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]     (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand delivered to the office of the addressee.

[ ]     (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.  Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[ ]   (BY OVERNITE EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]   (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 1, 2013, at Newport Beach, California.

Margaret Augustyniak

PROOF OF SERVICE